# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, | Case No.: 1:20-cv-01700-JLT |
| Plaintiff, | ORDER REFERRING THE MATTER TO VDRP |
| v. | |
| MING RETAIL PLAZA LLC, | |
| Defendant. | |

On February 18, 2021, the parties submitted a joint scheduling report. (Doc. 8.) In that statement, the parties have stipulated to referral of this action to the Voluntary Dispute Resolution Program. (Id. at 6.) Therefore, the Court **ORDERS**:

1. The matter is referred to the Voluntary Dispute Resolution Program; and
2. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated: **February 23, 2021**           **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE