# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE AVALOS,

          Plaintiff,

    v.

MING RETAIL PLAZA LLC,

          Defendant.

)
)
)
)
)
)
)
)
)

Case No.: 1:20-cv-01700-JLT

ORDER AFTER NOTICE OF SETTLEMENT
(Doc. 12)

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 12 at 2) Thus, the Court **ORDERS**:

    1.      The stipulation to dismiss the action **SHALL** be filed **no later than April 16, 2021**;

    2.      All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **March 8, 2021**              **/s/ Jennifer L. Thurston**

                                       UNITED STATES MAGISTRATE JUDGE