# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MING RETAIL PLAZA LLC,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-01700-JLT<br><br>ORDER CLOSE CASE<br>(Doc. 15) |

The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs. (Doc. 15) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: __March 17, 2021__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE